

**FILED**
5/15/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

3:15-CR-50017

B.I

# United States District Court
## District of Arizona
### Probation Office
# MEMORANDUM

| | |
|---|---|
| **Date:** | May 2, 2025 |
| **From:** | Samuel Levey<br>United States Probation Officer |
| **Re:** | ROSS, ANTHONY<br>Docket No: CR-25-50100-PHX-SPL<br>REQUEST FOR TRANSFER OF JURISDICTION |
| **To:** | The Honorable Steven P Logan<br>U.S. District Court Judge |

On February 14, 2025, the above individual was released on supervision to the District of Arizona. The Northern District of Illinois initiated the transfer of jurisdiction on to the District of Arizona.

Transfer of jurisdiction is recommended as Ross is a permanent resident of Arizona. Further, a transfer of jurisdiction would facilitate modification of supervision conditions if problems arise in the future. The offender does not have pending federal violations or warrants in the Northern District of Illinois.

If you concur, the attached documents are provided for your signature.

Approved: _/s/ S.P. Logan_____, Date: _5/13/2025_____.

Disapproved: _____, Date: _____.

Consult with the Court: _____, Date: _____.